IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN JERMAINE McCLENDON, #295 265, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 1:20-CV-819-WHA-CSC<br>) |
| HOUSTON COUNTY JAIL, ALABAMA, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on December 23, 2020. Doc. 6. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

Done, this 3rd day of February 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE